Michele Ballard Miller (SBN 104198)
  mbmiller@cozen.com
Ethan W. Chernin (SBN 273906)
  echernin@cozen.com
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 644-0914
Facsimile: (415) 644-0978

Attorneys for Defendant
LEHIGH HANSON, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY SHAY, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEHIGH HANSON, INC., and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 19-cv-00905-EMC<br><br>**STIPULATION REGARDING DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41**<br><br>Complaint Filed: February 19, 2019 |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tony Shay ("Plaintiff") and Defendant Lehigh Hanson, Inc. ("Defendant" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby STIPULATE and AGREE as follows:

1. On or about February 19, 2019, Plaintiff filed this action against Defendant alleging claims for: (1) disability discrimination in violation of the California Fair Employment and Housing Act ("FEHA"); (2) failure to prevent discrimination in violation of FEHA; (3) retaliation in violation of FEHA; (4) wrongful termination in violation of public policy; (5) failure to accommodate; (6) failure to engage in the good faith and interactive process; (7) retaliation in violation of the California Family Rights Act; and (8) violations of the Labor Code section 1102.5; and

2. The Parties have fully and finally settled all disputes between them as set forth in that certain Confidential Settlement Agreement entered between the Parties and executed on or about June 23, 2020 (the "Settlement Agreement").

3. Accordingly, the Parties STIPULATE and AGREE to dismiss the above-captioned matter in its entirety, with prejudice, including all parties and all claims. Each party will be their own attorneys' fees and costs associated with this action, except as otherwise agreed in the Settlement Agreement.

4. The Parties also request, pursuant to their Stipulation to Retain Jurisdiction filed concurrently herewith, that this Court retain jurisdiction to enforce the terms and conditions of the settlement and release.

COZEN O'CONNOR
101 MONTGOMERY ST, SUITE 1400
SAN FRANCISCO, CA 94104

Dated: July 6, 2020

COZEN O'CONNOR

By: *[signature]*
Michele Ballard Miller
Attorneys for Defendant
LEHIGH HANSON, INC.

Dated: July 6, 2020

THE LAW OFFICES OF DANIEL FEDER

By: *[signature]*
Daniel Feder
Attorneys for Plaintiff
TONY SHAY

Dated: 7/28/2020

**GRANTED**
*[signature]*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA